**Fill in this information to identify your case:**

Debtor 1: **Tricia** **A.** **Grona**
First Name / Middle Name / Last Name

Debtor 2: _____ _____ _____
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: District of **Maine**

Case number (if known): **24-10087**

☑ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property  12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

**2.1** **Bangor Savings Bank**
Creditor's Name

**Mail Stop 04-1950**
Number  Street

**Bangor, ME 04402**
City  State  ZIP Code

**Describe the property that secures the claim:**
**Cape; 4BD 1BA; 0.25 acre**
**36 Longwood Ave Augusta, ME 04330**

Column A: **$104,684.00**
Column B: **$225,000.00**
Column C: **$0.00**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred **5/1/2017**
Last 4 digits of account number **9 7 4 0**

Add the dollar value of your entries in Column A on this page. Write that number here: **$104,684.00**

Debtor 1 **Tricia** **A.** **Grona**     Case number *(if known)* **24-10087**
         First Name    Middle Name    Last Name

| Part 1: | Additional Page<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.2**

| **Capital One (USA) N.A.** | **Describe the property that secures the claim:** | **unknown** | **$0.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**11 South 12th Street**
Number     Street

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Richmond, VA 23219**
City    State    ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
❑ An agreement you made (such as mortgage or secured car loan)
❑ Statutory lien (such as tax lien, mechanic's lien)
❑ Judgment lien from a lawsuit
❑ Other (including a right to offset) _____

**Date debt was incurred** _____    **Last 4 digits of account number** __ __ __ __

**2.3**

| **Cport Credit Union** | **Describe the property that secures the claim:** | **$43,201.00** | **$225,000.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**50 Riverside Pk Wy**
Number    Street

**Cape; 4BD 1BA; 0.25 acre**
**36 Longwood Ave Augusta, ME 04330**

**Portland, ME 04103**
City    State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
❑ An agreement you made (such as mortgage or secured car loan)
❑ Statutory lien (such as tax lien, mechanic's lien)
❑ Judgment lien from a lawsuit
❑ Other (including a right to offset) _____

**Date debt was incurred** **4/28/2023**    **Last 4 digits of account number** 0 7 0 0

| **Add the dollar value of your entries in Column A on this page. Write that number here:** | **$43,201.00** |
|---|---|
| **If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** | |

| Debtor 1 | **Tricia** | **A.** | **Grona** | Case number *(if known)* **24-10087** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 1: Additional Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Column A — Amount of claim (Do not deduct the value of collateral.) | Column B — Value of collateral that supports this claim | Column C — Unsecured portion (If any) |
|---|---|---|---|

### 2.4 Maine Family Federal
Creditor's Name
555 Sabattus St
Number  Street

Lewiston, ME 04240
City  State  ZIP Code

**Describe the property that secures the claim:**

2015 Toyota RAV4
Good Condition, LTD (leather seats, sunroof)

Amount of claim: **$10,027.00**
Value of collateral: **$12,100.00**
Unsecured: **$0.00**

**As of the date you file, the claim is:** Check all that apply.
- ❏ Contingent
- ❏ Unliquidated
- ❏ Disputed

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ❏ Debtor 2 only
- ❏ Debtor 1 and Debtor 2 only
- ❏ At least one of the debtors and another
- ❏ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ❏ An agreement you made (such as mortgage or secured car loan)
- ❏ Statutory lien (such as tax lien, mechanic's lien)
- ❏ Judgment lien from a lawsuit
- ❏ Other (including a right to offset) _____

Date debt was incurred  **8/1/2023**
Last 4 digits of account number  **0 0 1 2**

### 2.5 TD Bank, N.A.
Creditor's Name
Attn: Bankruptcy
32 Chestnut Street PO Box 1377
Number  Street

Lewiston, ME 04243
City  State  ZIP Code

**Describe the property that secures the claim:**

3 bedroom, 2 bath 1 acre lot; under foreclosure
288 Shaker Road Gray, ME 04039

Amount of claim: **unknown**
Value of collateral: **$124,048.50**
Unsecured: **$0.00**

**As of the date you file, the claim is:** Check all that apply.
- ❏ Contingent
- ❏ Unliquidated
- ❏ Disputed

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ❏ Debtor 2 only
- ❏ Debtor 1 and Debtor 2 only
- ❏ At least one of the debtors and another
- ❏ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ❏ An agreement you made (such as mortgage or secured car loan)
- ❏ Statutory lien (such as tax lien, mechanic's lien)
- ❏ Judgment lien from a lawsuit
- ❏ Other (including a right to offset) _____

Date debt was incurred  _____
Last 4 digits of account number  ___ ___ ___ ___

**Add the dollar value of your entries in Column A on this page. Write that number here:**  **$10,027.00**

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:**  _____

Debtor 1  **Tricia** **A.** **Grona**     Case number *(if known)* 24-10087
        First Name     Middle Name     Last Name

### Part 1: Additional Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|
| | **unknown** | **$124,048.50** | **$0.00** |

**2.6**

**U.S. Bank National Association**
Creditor's Name

**c/o Rushmore Loan Management Servicing**

**15480 Laguna Canyon Road 100**
Number     Street

**Irvine, CA 92618**
City     State     ZIP Code

**Describe the property that secures the claim:**

> 3 bedroom, 2 bath 1 acre lot; under foreclosure
> 288 Shaker Road Gray, ME 04039

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Last 4 digits of account number** ___ ___ ___ ___

| | | |
|---|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | **$0.00** | |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$157,912.00** | |

## Part 2: List Others to Be Notified for a Debt That You Already Listed

**Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.**

1. **Brock & Scott**
   Name

   **c/o Andrew Schaefer, Esq.**

   **30 Danforth Street Ste. 104**
   Number       Street

   **Portland, ME 04101**
   City                State         ZIP Code

   On which line in Part 1 did you enter the creditor? **2.6**

   Last 4 digits of account number  ___  ___  ___  ___

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE
BANGOR DIVISION

IN RE: **Grona, Tricia A.**  CASE NO 24-10087

CHAPTER **7**

**AMENDED**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date **06/28/2024**  Signature  **/s/ Tricia A. Grona**
Tricia A. Grona, Debtor